Tuesday, October 04, 2022

OneMain Financial.

U.S. Bankruptcy Court Western Pennsylvania

Re: Proof of Claim Withdrawal
Name:  Tethel Humphrey
Case Number:  20-10615
To Whom It May Concern:

This letter is to serve as a written request by OneMain to withdraw entry number #2 filed on case number 20-10615 dated 10/2/2020. Thank you for your assistance in this matter.

If you have any questions concerning this matter, please contact our office at (800) 266-9800.

Thank you,


/s/Crystal Browning
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain