FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-10615-CMB |
| | : | |
| Tethel F. Humphrey, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 40 |
| Tethel F. Humphrey, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING
APPLICATION TO EMPLOY SPECIAL COUNSEL**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **December 8, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of the Judge Bohm as found on her Procedures web page at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

**A Zoom Video Conference Hearing** will be held on **January 19, 2023 at 1:30 pm** before Judge Carlota M. Bohm via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. **All attorneys and parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: <u>November 21, 2022</u> | Respectfully submitted,<br>*/s/ Daniel P. Foster, Esquire*<br>Daniel P. Foster<br>PA I.D. # 92376<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Phone: 814.724.1165<br>Fax: 814.724.1158<br>Email:dan@mrdebtbuster.com<br>Attorney for Debtor |

## CERTIFICATE OF SERVICE

  I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Application to Employ Special Counsel and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **November 21, 2022**       *By: /s/ Sarah Hunt*
                                   Sarah Hunt, PARALEGAL
                                   FOSTER LAW OFFICES
                                   1210 Park Avenue
                                   Meadville, PA 16335
                                   Tel 814.724.1165
                                   Fax 814.724.1158

```
Label Matrix for local noticing          Bayview Loan Servicing, LLC              Nationstar Mortgage LLC
0315-1                                   c/o Aldridge Pite, LLP                   4425 Ponce De Leon Blvd
Case 20-10615-CMB                        4375 Jutland Drive, Suite 200            5th Floor Merrick Park Plaza
WESTERN DISTRICT OF PENNSYLVANIA         P.O. Box 17933                           Coral Gables, FL 33146-1837
Erie                                     San Diego, CA 92177-7921
Mon Nov 21 13:11:12 EST 2022

ONEMAIN FINANCIAL GROUP, LLC             PRA Receivables Management, LLC          1
PO BOX 3251                              PO Box 41021                             U.S. Bankruptcy Court
EVANSVILLE, IN 47731-3251                Norfolk, VA 23541-1021                   U.S. Courthouse, Room B160
                                                                                  17 South Park Row
                                                                                  Erie, PA 16501-1169

AES/PNC National Cirt                    Bayview Loan Servicing                   Citicards Cbna
PO Box 61047                             4425 Ponce De Leon Blvd                  Po Box 6217
Harrisburg, PA 17106-1047                Coral Gables, FL 33146-1839              Sioux Falls, SD 57117-6217


Citifinancial                            Community Loan Servicing, LLC            (p)DISCOVER FINANCIAL SERVICES LLC
Po Box 6217                              4425 Ponce De Leon Blvd., 5th Floor      PO BOX 3025
Sioux Falls, SD 57117-6217               Coral Gables, FL 33146-1839              NEW ALBANY OH 43054-3025


Diversified                              FNB Consumer Discount Company            (p)FIRST NATIONAL BANK OF OMAHA
P O Box 551268                           41-A Hadley Road                         1620 DODGE ST
Jacksonville, FL 32255-1268              PO Box 152                               STOP CODE 3113
                                         Greenville, PA 16125-0152                OMAHA NE 68102-1593


Mariner Finance                          ONE MAIN                                 Office of the United States Trustee
8211 Town Center Drive                   PO BOX 3251                              Liberty Center.
Nottingham, MD 21236-5904                EVANSVILLE IN 47731-3251                 1001 Liberty Avenue, Suite 970
                                                                                  Pittsburgh, PA 15222-3721


Onemain                                  Onemain Financial                        RightPath Servicing
Po Box 1010                              Po Box 1010                              P.O. Box 619096
Evansville, IN 47706-1010                Evansville, IN 47706-1010                Dallas, TX 75261-9096


Sears/cbna                               Synchrony Bank                           Synchrony Bank/Kraftmaid
Po Box 6217                              c/o of PRA Receivables Management, LLC   PO Box 965036
Sioux Falls, SD 57117-6217               PO Box 41021                             Orlando, FL 32896-5036
                                         Norfolk, VA 23541-1021


Synchrony Bank/Lowes                     Synchrony Bank/Mont                      Synchrony Bank/Network
Po Box 956005                            Po Box 965005                            PO Box 965036
Orlando, FL 32896-0001                   Orlando, FL 32896-5005                   Orlando, FL 32896-5036


U.S. Bank Trust National                 Webbank/DFS                              Wells Fargo Auto Finance
Association, as Trustee of               Po Box 81607                             PO Box 29704
LB-Tiki Series V Trust                   Austin, TX 78708-1607                    Phoenix, AZ 85038-9704
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305
```

```
Wells Fargo Bank Auto                Wells Fargo Financial              Daniel P. Foster
Po Box 29704                         Mac 4031-080                       Foster Law Offices
Phoenix, AZ 85038-9704               Phoenix, AZ 85038                  1210 Park Avenue
                                                                        Meadville, PA 16335-3110


Ronda J. Winnecour                   Tethel F. Humphrey
Suite 3250, USX Tower                553 Fredonia Road
600 Grant Street                     Greenville, PA 16125-8424
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services LLC      FNB Omaha                          (d)First National Bank of Omaha
Po Box 15316                         P.o. Box 3412                      1620 Dodge Street, Stop Code 3129
Wilmington, DE 19850                 Omaha, NE 68197                    Omaha, Nebraska 68197
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bayview Loan Servicing, LLC, a Delaware Li    (u)U.S. Bank Trust National Association, as T    End of Label Matrix
                                                                                                  Mailable recipients    34
                                                                                                  Bypassed recipients     2
                                                                                                  Total                  36
```