## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-10615-CMB |
| | : | |
| Tethel F. Humphrey, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No(s): 40-41 |
| Tethel F. Humphrey, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the APPLICATION TO EMPLOY SPECIAL COUNSEL, filed on November 21, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than December 8, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: December 13, 2022

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding the Application to Employ Special Counsel by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  December 13, 2022

By: /s/ *Sarah Hunt*
SARAH HUNT, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing        Bayview Loan Servicing, LLC            Nationstar Mortgage LLC
0315-1                                  c/o Aldridge Pite, LLP                 4425 Ponce De Leon Blvd
Case 20-10615-CMB                       4375 Jutland Drive, Suite 200          5th Floor Merrick Park Plaza
WESTERN DISTRICT OF PENNSYLVANIA        P.O. Box 17933                         Coral Gables, FL 33146-1837
Erie                                    San Diego, CA 92177-7921
Mon Nov 21 13:11:12 EST 2022

ONEMAIN FINANCIAL GROUP, LLC            PRA Receivables Management, LLC        1
PO BOX 3251                             PO Box 41021                           U.S. Bankruptcy Court
EVANSVILLE, IN 47731-3251               Norfolk, VA 23541-1021                 U.S. Courthouse, Room B160
                                                                               17 South Park Row
                                                                               Erie, PA 16501-1169


AES/PNC National Cirt                   Bayview Loan Servicing                 Citicards Cbna
PO Box 61047                            4425 Ponce De Leon Blvd                Po Box 6217
Harrisburg, PA 17106-1047               Coral Gables, FL 33146-1839            Sioux Falls, SD 57117-6217



Citifinancial                           Community Loan Servicing, LLC          (p)DISCOVER FINANCIAL SERVICES LLC
Po Box 6217                             4425 Ponce De Leon Blvd., 5th Floor    PO BOX 3025
Sioux Falls, SD 57117-6217              Coral Gables, FL 33146-1839            NEW ALBANY OH 43054-3025



Diversified                             FNB Consumer Discount Company          (p)FIRST NATIONAL BANK OF OMAHA
P O Box 551268                          41-A Hadley Road                       1620 DODGE ST
Jacksonville, FL 32255-1268             PO Box 152                             STOP CODE 3113
                                        Greenville, PA 16125-0152              OMAHA NE 68102-1593



Mariner Finance                         ONE MAIN                               Office of the United States Trustee
8211 Town Center Drive                  PO BOX 3251                            Liberty Center.
Nottingham, MD 21236-5904               EVANSVILLE IN 47731-3251               1001 Liberty Avenue, Suite 970
                                                                               Pittsburgh, PA 15222-3721



Onemain                                 Onemain Financial                      RightPath Servicing
Po Box 1010                             Po Box 1010                            P.O. Box 619096
Evansville, IN 47706-1010               Evansville, IN 47706-1010              Dallas, TX 75261-9096



Sears/cbna                              Synchrony Bank                         Synchrony Bank/Kraftmaid
Po Box 6217                             c/o of PRA Receivables Management, LLC PO Box 965036
Sioux Falls, SD 57117-6217              PO Box 41021                           Orlando, FL 32896-5036
                                        Norfolk, VA 23541-1021



Synchrony Bank/Lowes                    Synchrony Bank/Mont                    Synchrony Bank/Network
Po Box 956005                           Po Box 965005                          PO Box 965036
Orlando, FL 32896-0001                  Orlando, FL 32896-5005                 Orlando, FL 32896-5036



U.S. Bank Trust National                Webbank/DFS                            Wells Fargo Auto Finance
Association, as Trustee of              Po Box 81607                           PO Box 29704
LB-Tiki Series V Trust                  Austin, TX 78708-1607                  Phoenix, AZ 85038-9704
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305
```

```
Wells Fargo Bank Auto                Wells Fargo Financial              Daniel P. Foster
Po Box 29704                         Mac 4031-080                       Foster Law Offices
Phoenix, AZ 85038-9704               Phoenix, AZ 85038                  1210 Park Avenue
                                                                        Meadville, PA 16335-3110


Ronda J. Winnecour                   Tethel F. Humphrey
Suite 3250, USX Tower                553 Fredonia Road
600 Grant Street                     Greenville, PA 16125-8424
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services LLC      FNB Omaha                          (d)First National Bank of Omaha
Po Box 15316                         P.o. Box 3412                      1620 Dodge Street, Stop Code 3129
Wilmington, DE 19850                 Omaha, NE 68197                    Omaha, Nebraska 68197
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bayview Loan Servicing, LLC, a Delaware Li    (u)U.S. Bank Trust National Association, as T    End of Label Matrix
                                                                                                  Mailable recipients   34
                                                                                                  Bypassed recipients    2
                                                                                                  Total                 36
```