## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-10615-CMB |
| | : | |
| Tethel F. Humphrey, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 43 |
| Tethel F. Humphrey, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Order on Application to Employ Special Counsel* by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  December 19, 2022

By: */s/ Kristen Dennis*
KRISTEN DENNIS, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10615-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Nov 21 13:11:12 EST 2022 | Bayview Loan Servicing, LLC<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Nationstar Mortgage LLC<br>4425 Ponce De Leon Blvd<br>5th Floor Merrick Park Plaza<br>Coral Gables, FL 33146-1837 |
| ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| AES/PNC National Cirt<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | Bayview Loan Servicing<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146-1839 | Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Citifinancial<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1839 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Diversified<br>P O Box 551268<br>Jacksonville, FL 32255-1268 | FNB Consumer Discount Company<br>41-A Hadley Road<br>PO Box 152<br>Greenville, PA 16125-0152 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | ONE MAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | RightPath Servicing<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Sears/cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Kraftmaid<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/Mont<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Network<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| U.S. Bank Trust National<br>Association, as Trustee of<br>LB-Tiki Series V Trust<br>SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | Webbank/DFS<br>Po Box 81607<br>Austin, TX 78708-1607 | Wells Fargo Auto Finance<br>PO Box 29704<br>Phoenix, AZ 85038-9704 |

| | | |
|---|---|---|
| Wells Fargo Bank Auto<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Financial<br>Mac 4031-080<br>Phoenix, AZ 85038 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Tethel F. Humphrey<br>553 Fredonia Road<br>Greenville, PA 16125-8424 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 | FNB Omaha<br>P.o. Box 3412<br>Omaha, NE 68197 | (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, Nebraska 68197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC, a Delaware Li | (u)U.S. Bank Trust National Association, as T | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     2<br>Total                   36 |