# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-10615-CMB |
|    Tethel F. Humphrey, | : | Chapter 13 |
|          Debtor | : | |
| | : | Docket No.: 51 |

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedules B C** that was filed on December 30, 2022, Order and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: January 18, 2023

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Bayview Loan Servicing, LLC              Nationstar Mortgage LLC
0315-1                                   c/o Aldridge Pite, LLP                   4425 Ponce De Leon Blvd
Case 20-10615-CMB                        4375 Jutland Drive, Suite 200            5th Floor Merrick Park Plaza
WESTERN DISTRICT OF PENNSYLVANIA         P.O. Box 17933                           Coral Gables, FL 33146-1837
Erie                                     San Diego, CA 92177-7921
Wed Jan 18 14:59:31 EST 2023

ONEMAIN FINANCIAL GROUP, LLC             PRA Receivables Management, LLC          1
PO BOX 3251                              PO Box 41021                             U.S. Bankruptcy Court
EVANSVILLE, IN 47731-3251                Norfolk, VA 23541-1021                   U.S. Courthouse, Room B160
                                                                                  17 South Park Row
                                                                                  Erie, PA 16501-1169


AES/PNC National Cirt                    Bayview Loan Servicing                   Citicards Cbna
PO Box 61047                             4425 Ponce De Leon Blvd                  Po Box 6217
Harrisburg, PA 17106-1047                Coral Gables, FL 33146-1839              Sioux Falls, SD 57117-6217



Citifinancial                            Community Loan Servicing, LLC           (p)DISCOVER FINANCIAL SERVICES LLC
Po Box 6217                              4425 Ponce De Leon Blvd., 5th Floor     PO BOX 3025
Sioux Falls, SD 57117-6217               Coral Gables, FL 33146-1839             NEW ALBANY OH 43054-3025



Diversified                              FNB Consumer Discount Company           (p)FIRST NATIONAL BANK OF OMAHA
P O Box 551268                           41-A Hadley Road                        1620 DODGE ST
Jacksonville, FL 32255-1268              PO Box 152                              STOP CODE 3113
                                         Greenville, PA 16125-0152               OMAHA NE 68102-1593


Mariner Finance                          ONE MAIN                                Office of the United States Trustee
8211 Town Center Drive                   PO BOX 3251                             Liberty Center.
Nottingham, MD 21236-5904                EVANSVILLE IN 47731-3251                1001 Liberty Avenue, Suite 970
                                                                                  Pittsburgh, PA 15222-3721


Onemain                                  Onemain Financial                       RightPath Servicing
Po Box 1010                              Po Box 1010                             P.O. Box 619096
Evansville, IN 47706-1010                Evansville, IN 47706-1010               Dallas, TX 75261-9096



Sears/cbna                               Synchrony Bank                          Synchrony Bank/Kraftmaid
Po Box 6217                              c/o of PRA Receivables Management, LLC  PO Box 965036
Sioux Falls, SD 57117-6217               PO Box 41021                            Orlando, FL 32896-5036
                                         Norfolk, VA 23541-1021


Synchrony Bank/Lowes                     Synchrony Bank/Mont                     Synchrony Bank/Network
Po Box 956005                            Po Box 965005                           PO Box 965036
Orlando, FL 32896-0001                   Orlando, FL 32896-5005                  Orlando, FL 32896-5036



U.S. Bank Trust National                 Webbank/DFS                             Wells Fargo Auto Finance
Association, as Trustee of               Po Box 81607                            PO Box 29704
LB-Tiki Series V Trust                   Austin, TX 78708-1607                   Phoenix, AZ 85038-9704
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305
```

| | | |
|---|---|---|
| Wells Fargo Bank Auto<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Financial<br>Mac 4031-080<br>Phoenix, AZ 85038 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Tethel F. Humphrey<br>553 Fredonia Road<br>Greenville, PA 16125-8424 | Wendy C. Elsey<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098-1127 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 | FNB Omaha<br>P.o. Box 3412<br>Omaha, NE 68197 | (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, Nebraska 68197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC, a Delaware Li | (u)U.S. Bank Trust National Association, as T | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |