# PROCEEDING MEMO

**Date: 02/09/2023 01:30 pm**

**In re:   Tethel F. Humphrey**

**Bankruptcy No. 20-10615-CMB**
**Chapter: 13**
**Doc. # 46**

**Appearances:  Kate DeSimone, Daniel P. Foster**

**Nature of Proceeding: #46 Motion to Approve Personal Injury Settlement**

**Additional Pleadings:  #48 Response by Trustee**

**OUTCOME: Hearing held.  Motion granted.  Order entered.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
2/10/23 7:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA