IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-10615-CMB |
| | : | |
| Tethel F. Humphrey, | : | |
|     Debtor, | : | Chapter 13 |
| | : | |
| Tethel F. Humphrey, | : | |
|     Movant, | : | Related to Docket No: 46 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**ORDER REGARDING DEBTORS' MOTION TO APPROVE
PERSON INJURY SETTLEMENT**

**AND NOW**, this \_\_9th\_\_ day of \_\_September\_\_, 2023, upon consideration of the MOTION TO APPROVE PERSONAL INJURY SETTLEMENT filed by the Movant, Tethel F. Humphrey, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1.) C.R. Bard Inc. and Bard Peripheral Vascular, Inc. will pay the claims as follows:
   a. Lump Sum award of $8,731.96 to settle the Personal Injury claim.

2.) The Personal Injury Settlement is **APPROVED**.

3.) The net proceeds will be $3,745.34 after the allowance of attorneys' fees, costs and expenses, and medical reimbursement obligations and liens.

4.) Attorneys' fees are APPROVED to be disbursed as follows:

- $698.56 in attorney fees payable to Court Appointed Common Benefit Attorneys;
- $174.64 in attorney fees payable to Matthews & Associates;
- $174.64 in attorney fees payable to Freese & Goss;
- $2,444.94 in attorney fees payable to Johnson Law Group.

5.) The net proceeds of $3,745.34 shall be turned over to the Debtor to supplement lost income.

FILED
2/10/23 7:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 20-10615-CMB

Tethel F. Humphrey      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Feb 10, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tethel F. Humphrey, 553 Fredonia Road, Greenville, PA 16125-8424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Tethel F. Humphrey dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Office of the United States Trustee | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    ustpregion03.pi.ecf@usdoj.gov
    cmecf@chapter13trusteewdpa.com

TOTAL: 7