Certificate Number: 03088-PAW-DE-040204505

Bankruptcy Case Number: 20-10615



03088-PAW-DE-040204505

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2025, at 7:23 o'clock AM CDT, Tethel F Humphrey completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 16, 2025

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor