Form 300b

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tethel F. Humphrey** | : | Case No. 20−10615−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 64 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/16/25 at 10:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

     *AND NOW,* this *The 24th of October, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 64 , by the Chapter 13 Trustee

     It is hereby *ORDERED, ADJUDGED and DECREED* that:

     (1)  *On or before December 8, 2025*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on *December 16, 2025 at 10:00 AM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-10615-JCM

Tethel F. Humphrey                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 24, 2025 | Form ID: 300b | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tethel F. Humphrey, 553 Fredonia Road, Greenville, PA 16125-8424 |
| sp | + | Wendy C. Elsey, Matthews & Associates, 2905 Sackett Street, Houston, TX 77098-1127 |
| 15288747 | + | AES/PNC National Cirt, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15288748 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15288752 | + | Diversified, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15288753 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15520040 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |
| 15288766 | | Wells Fargo Financial, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 25 2025 00:30:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Nationstar Mortgage LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, FL 33146-1837 |
| cr | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:52:18 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:10 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15288750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:50 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15311809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15288751 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15288754 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2025 00:30:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15291743 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2025 00:30:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15288755 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 25 2025 00:30:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15295249 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:52:37 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15288756 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:52:22 | Onemain, Po Box 1010, Evansville, IN |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 300b | Total Noticed: 32 |

| | | | 47706-1010 |
|---|---|---|---|
| 15288757 | + Email/PDF: cbp@omf.com | Oct 25 2025 00:40:24 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15505007 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15288758 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:09 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15289110 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:40:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288759 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank/Kraftmaid, PO Box 965036, Orlando, FL 32896-5036 |
| 15288760 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:13 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15288761 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:45 | Synchrony Bank/Mont, Po Box 965005, Orlando, FL 32896-5005 |
| 15288762 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:38 | Synchrony Bank/Network, PO Box 965036, Orlando, FL 32896-5036 |
| 15288763 | + Email/PDF: DellBKNotifications@resurgent.com | Oct 25 2025 00:39:31 | Webbank/DFS, Po Box 81607, Austin, TX 78708-1607 |
| 15288764 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:52:11 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 15288765 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:41:05 | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

District/off: 0315-1                            User: auto                                    Page 3 of 3
Date Rcvd: Oct 24, 2025                     Form ID: 300b                              Total Noticed: 32

| Name | Email Address |
|------|---------------|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Daniel P. Foster | on behalf of Debtor Tethel F. Humphrey dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7