IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TETHEL F. HUMPHREY<br><br>Debtor(s)<br>Ronda J. Winnecour<br>Movant<br>vs.<br>TETHEL F. HUMPHREY | Case No.:20-10615<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

October 24, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/15/2020 and confirmed on 11/30/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,920.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,920.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,664.05 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,164.05 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MARINER FINANCE LLC | 6,421.00 | 6,421.00 | 725.26 | 7,146.26 |
|     Acct: 2421 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 17,593.06 | 17,593.06 | 1,994.58 | 19,587.64 |
|     Acct: 9574 | | | | |
| | | | | 26,733.90 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TETHEL F. HUMPHREY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 70.76 | 0.00 | 70.76 |
|     Acct: 9574 | | | | |
| | | | | 70.76 |
| **Unsecured** | | | | |
|   AES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3809 | | | | |
|   CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1010 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0531 | | | | |
|   DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3195 | | | | |
|   FNB CONSUMER DISCOUNT CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1701 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 1,089.72 | 951.29 | 0.00 | 951.29 |
|     Acct: 1327 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F | 0.00 | 0.00 | 0.00 | 0.00 |

20-10615                                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2574 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6314 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5317 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4588 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6719 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3874 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7747 | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4501 | | | | |
| WELLS FARGO AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| WELLS FARGO AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7747 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 951.29 |

| TOTAL PAID TO CREDITORS | | | | 27,755.95 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY              0.00
SECURED          24,014.06
UNSECURED         1,089.72

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
TETHEL F. HUMPHREY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-10615

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10615-JCM |
| Tethel F. Humphrey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tethel F. Humphrey, 553 Fredonia Road, Greenville, PA 16125-8424 |
| sp | + | Wendy C. Elsey, Matthews & Associates, 2905 Sackett Street, Houston, TX 77098-1127 |
| 15288747 | + | AES/PNC National Cirt, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15288748 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15288752 | + | Diversified, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15288753 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15520040 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |
| 15288766 | | Wells Fargo Financial, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 25 2025 00:30:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Nationstar Mortgage LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, FL 33146-1837 |
| cr | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:52:08 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 01:03:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:08 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15288750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:04 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15311809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15288751 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15288754 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2025 00:30:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15291743 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2025 00:30:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15288755 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 25 2025 00:30:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15295249 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:52:49 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15288756 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:52:46 | Onemain, Po Box 1010, Evansville, IN |

Case 20-10615-JCM  Doc 67  Filed 10/26/25  Entered 10/27/25 00:29:26  Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 15288757 | + | Email/PDF: cbp@omf.com | Oct 25 2025 00:41:04 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15505007 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2025 00:30:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15288758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:10 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15289110 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:39:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:18 | Synchrony Bank/Kraftmaid, PO Box 965036, Orlando, FL 32896-5036 |
| 15288760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:57 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15288761 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:41:02 | Synchrony Bank/Mont, Po Box 965005, Orlando, FL 32896-5005 |
| 15288762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:41:10 | Synchrony Bank/Network, PO Box 965036, Orlando, FL 32896-5036 |
| 15288763 | + | Email/PDF: DellBKNotifications@resurgent.com | Oct 25 2025 00:40:18 | Webbank/DFS, Po Box 81607, Austin, TX 78708-1607 |
| 15288764 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:52:45 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 15288765 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:52:30 | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Daniel P. Foster | on behalf of Debtor Tethel F. Humphrey dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7