| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tethel F. Humphrey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2367<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–10615–JCM | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Tethel F. Humphrey

    <u>12/11/25</u>            **By the court:** <u>John C Melaragno</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                  **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tethel F. Humphrey  
    Debtor

Case No. 20-10615-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Dec 11, 2025      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tethel F. Humphrey, 553 Fredonia Road, Greenville, PA 16125-8424 |
| sp | + | Wendy C. Elsey, Matthews & Associates, 2905 Sackett Street, Houston, TX 77098-1127 |
| 15288747 | + | AES/PNC National Cirt, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15288752 | + | Diversified, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15288753 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15520040 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |
| 15288766 | | Wells Fargo Financial, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 12 2025 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 12 2025 05:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 12 2025 00:24:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 00:24:00 | Nationstar Mortgage LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, FL 33146-1837 |
| cr | + | EDI: AGFINANCE.COM | Dec 12 2025 05:23:00 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| cr | + | EDI: PRA.COM | Dec 12 2025 05:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288748 | + | EDI: LCIBAYLN | Dec 12 2025 05:23:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15288749 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15288750 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15311809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 00:24:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15288751 | | EDI: DISCOVER | Dec 12 2025 05:23:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15288754 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 12 2025 00:24:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |

Case 20-10615-JCM    Doc 72    Filed 12/13/25    Entered 12/14/25 00:30:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 11, 2025 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15291743 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 12 2025 00:24:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15288755 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 12 2025 00:24:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15295249 | + | EDI: AGFINANCE.COM | Dec 12 2025 05:23:00 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15288756 | + | EDI: AGFINANCE.COM | Dec 12 2025 05:23:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15288757 | + | EDI: AGFINANCE.COM | Dec 12 2025 05:23:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15505007 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 00:24:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15288758 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15289110 | + | EDI: PRA.COM | Dec 12 2025 05:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288759 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Kraftmaid, PO Box 965036, Orlando, FL 32896-5036 |
| 15288760 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15288761 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Mont, Po Box 965005, Orlando, FL 32896-5005 |
| 15288762 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Network, PO Box 965036, Orlando, FL 32896-5036 |
| 15288763 | + | Email/PDF: DellBKNotifications@resurgent.com | Dec 12 2025 00:37:38 | Webbank/DFS, Po Box 81607, Austin, TX 78708-1607 |
| 15288764 | | EDI: WFHOME | Dec 12 2025 05:23:00 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 15288765 | + | EDI: WFHOME | Dec 12 2025 05:23:00 | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Dec 11, 2025 | Form ID: 3180W | Total Noticed: 34

Date: Dec 13, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Daniel P. Foster | on behalf of Debtor Tethel F. Humphrey dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7