**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TETHEL F. HUMPHREY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:20-10615

Chapter 13

Document No.: 64

## ORDER OF COURT

AND NOW, this **11th** day of **December**, 20**25**, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
12/11/25 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10615-JCM |
| Tethel F. Humphrey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tethel F. Humphrey, 553 Fredonia Road, Greenville, PA 16125-8424 |
| sp | + | Wendy C. Elsey, Matthews & Associates, 2905 Sackett Street, Houston, TX 77098-1127 |
| 15288747 | + | AES/PNC National Cirt, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15288748 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15288752 | + | Diversified, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15288753 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15520040 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |
| 15288766 | | Wells Fargo Financial, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 12 2025 00:24:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 00:24:00 | Nationstar Mortgage LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, FL 33146-1837 |
| cr | + | Email/PDF: cbp@omf.com | Dec 12 2025 00:37:36 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:31 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15288750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:32 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15311809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 00:24:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15288751 | | Email/Text: mrdiscen@discover.com | Dec 12 2025 00:24:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15288754 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 12 2025 00:24:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15291743 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 12 2025 00:24:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15288755 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 12 2025 00:24:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15295249 | + | Email/PDF: cbp@omf.com | Dec 12 2025 00:37:46 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15288756 | + | Email/PDF: cbp@omf.com | Dec 12 2025 00:37:27 | Onemain, Po Box 1010, Evansville, IN |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15288757 | + | Email/PDF: cbp@omf.com | Dec 12 2025 00:37:36 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15505007 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 00:24:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15288758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:50 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15289110 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:28 | Synchrony Bank/Kraftmaid, PO Box 965036, Orlando, FL 32896-5036 |
| 15288760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:36 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15288761 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:45 | Synchrony Bank/Mont, Po Box 965005, Orlando, FL 32896-5005 |
| 15288762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 00:37:35 | Synchrony Bank/Network, PO Box 965036, Orlando, FL 32896-5036 |
| 15288763 | + | Email/PDF: DellBKNotifications@resurgent.com | Dec 12 2025 00:37:41 | Webbank/DFS, Po Box 81607, Austin, TX 78708-1607 |
| 15288764 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 12 2025 00:37:28 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 15288765 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 12 2025 00:37:36 | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Daniel P. Foster | on behalf of Debtor Tethel F. Humphrey dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7