IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| TETHEL F. HUMPHREY, | : | Case No. 20-10615-JCM |
| *Debtor,* | : | |
| | : | Chapter 13 |
| | : | |
| | : | Related to Doc. No. 69 |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this **15th** day of **December, 2025**, after an Order of Discharge was inadvertently issued by the Clerk's Office on December 11, 2025 (Doc. 69), it is hereby **ORDERED, ADJUDGED, and DECREED** that the Order of Discharge issued on December 11, 2025 (Doc. 69) is **VACATED.**

BY THE COURT:

_____
John C. Melaragno, Judge
United States Bankruptcy Court
SIGNED
12/15/25 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10615-JCM |
| Tethel F. Humphrey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tethel F. Humphrey, 553 Fredonia Road, Greenville, PA 16125-8424 |
| sp | + | Wendy C. Elsey, Matthews & Associates, 2905 Sackett Street, Houston, TX 77098-1127 |
| 15288747 | + | AES/PNC National Cirt, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15288748 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15288752 | + | Diversified, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15288753 | + | FNB Consumer Discount Company, 41-A Hadley Road, PO Box 152, Greenville, PA 16125-0152 |
| 15520040 | + | U.S. Bank Trust National, Association, as Trustee of, LB-Tiki Series V Trust, SN Servicing Corporation, 323 Fifth Street Eureka, CA 95501-0305 |
| 15288766 | | Wells Fargo Financial, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 16 2025 00:11:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 00:11:00 | Nationstar Mortgage LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, FL 33146-1837 |
| cr | + | Email/PDF: cbp@omf.com | Dec 16 2025 00:19:47 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2025 00:19:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2025 00:19:49 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15288750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2025 00:19:49 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15311809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 00:11:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15288751 | | Email/Text: mrdiscen@discover.com | Dec 16 2025 00:11:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15288754 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2025 00:11:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15291743 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2025 00:11:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15288755 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 16 2025 00:11:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15295249 | + | Email/PDF: cbp@omf.com | Dec 16 2025 00:19:47 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15288756 | + | Email/PDF: cbp@omf.com | Dec 16 2025 00:19:56 | Onemain, Po Box 1010, Evansville, IN |

Case 20-10615-JCM   Doc 76   Filed 12/17/25   Entered 12/18/25 00:31:17   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 47706-1010 |
| 15288757 | + | Email/PDF: cbp@omf.com | Dec 16 2025 00:19:56 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15505007 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 00:11:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15288758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2025 00:19:49 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15289110 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2025 00:19:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15288759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2025 00:19:47 | Synchrony Bank/Kraftmaid, PO Box 965036, Orlando, FL 32896-5036 |
| 15288760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2025 00:19:52 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15288761 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2025 00:19:47 | Synchrony Bank/Mont, Po Box 965005, Orlando, FL 32896-5005 |
| 15288762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2025 00:19:55 | Synchrony Bank/Network, PO Box 965036, Orlando, FL 32896-5036 |
| 15288763 | + | Email/PDF: DellBKNotifications@resurgent.com | Dec 16 2025 00:19:53 | Webbank/DFS, Po Box 81607, Austin, TX 78708-1607 |
| 15288764 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 16 2025 00:19:52 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 15288765 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 16 2025 00:19:56 | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Daniel P. Foster | on behalf of Debtor Tethel F. Humphrey dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7